**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Elsa Victoria De La Cruz, | Case No.: 2:20-cv-01712-APG-NJK |
| Petitioner, | |
| v. | **Order** |
| The United States of America, et al., | |
| Respondents. | |

Petitioner Elsa Victoria De La Cruz has filed a habeas corpus petition under 28 U.S.C. § 2241, in which she challenges her continued detention by Immigration and Customs Enforcement (ICE). ECF No. 1.  She clams her continued detention violates her constitutional rights because, at her bond hearing, "the Immigration Judge applied the wrong legal standard and imposed the burden of proof on her rather than the Government." *Id*. at 2.  Having conducted an initial review of the petition, I will direct service of the petition on the respondents and set briefing deadlines.

I HEREBY ORDER the Clerk to **serve** copies of the petition (ECF No. 1) and this order upon the respondents as follows:

1. By having the United States Marshal serve a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Federal Rule of Civil Procedure 4(i)(1)(A).

2. By sending a copy of the petition (ECF No. 1) and this order by registered or certified mail to the following: (1) the Honorable William Barr, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable Chad Wolf, Secretary of the U.S. Department of Homeland Security, Washington, DC 20528; (3) Kerri Ann Quihuis, Field Office Director, United States Immigration and Customs Enforcement, 501 Las Vegas Blvd. S., Las Vegas, Nevada, 89101; and (4) Jeanne M. Kent, Officer in Charge, United States Citizenship and Immigration Services, 5650 Badura Ave., Suite 100, Las Vegas, Nevada, 89118.

I FURTHER ORDER the respondents to file and serve an answer or other response to the petition (ECF No. 1) by **October 7, 2020**, unless for good cause additional time is allowed. Ms. De La Cruz will thereafter have **14 days** to file a reply.

I FURTHER ORDER that all exhibits must be filed in accordance with LR IA 10-3 and LR IC 2-2 and include a separate index identifying each exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (e.g., ECF No. 10). Each exhibit must then be filed as an "attachment" to the base document—the index—to receive a sequenced sub-docket number (e.g., Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

For this case, NO PAPER COURTESY COPIES are required.

Dated: September 16, 2020

_____
U.S. District Judge Andrew P. Gordon