# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elsa Victoria de la Cruz,<br><br>Petitioner,<br><br>v.<br><br>The United States of America, et al.,<br><br>Respondents. | Case No.: 2:20-cv-01712-APG-NJK<br><br>**Order Dismissing Case as Moot**<br><br>[ECF No. 1] |

On April 4, 2024, I entered an order giving petitioner Elsa Victoria de la Cruz 30 days to show cause why this case should not be dismissed moot. The order was returned to the court as undeliverable (ECF No. 27), so de la Cruz has not complied with the court's local rule requiring litigants to notify the court of any change of contact information. *See* LR IA 3-1 ("An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number."). In any case, I am satisfied that this habeas corpus case under 28 U.S.C. § 2241 is now moot. *See* ECF No. 27.

I THEREFORE ORDER that de la Cruz's petition for writ of habeas **(ECF No. 1) is DENIED as moot**. The Clerk of Court is directed to enter judgment accordingly.

Dated: May 10, 2024

_____
U.S. District Judge Andrew P. Gordon